```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

      DEC  6 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# United States District Court
## for
## District of Arizona

U. S. A. vs. Jaime Joel Rose
Docket No. 4:18-cr-01773-JAS-JR-1   T- **SEALED**
AUSA: Stuart James Zander

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **ANA ANGULO**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Jaime Joel Rose,</u> who was released by the Honorable Lynnette C. Kimmins sitting in the Court at Tucson, on the 27th day of August, 2018, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1) **The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the Defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. Defendant shall participate in drug treatment as directed by Pretrial Services and submit to drug testing, including urinalysis testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance abuse testing or monitoring which is (are) required as a condition of release.**

On November 30, 2018, the defendant submitted to urinalysis at the Pretrial Services' office, which yielded a presumptive positive result for methamphetamine. The defendant initially verbally denied using methamphetamine, however, he later admitted he used the substance on November 26, 2018.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information

cc: USM (2 cc), PTS, AUSA          Copies Distributed:

Page 2
RE: Jaime Joel Rose
December 3, 2018

presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_____  December 3, 2018
Ana Angulo                        Date
Senior U.S. Pretrial Services Officer

**Reviewed by**

_____  December 3, 2018
Sonya M. Marquez                  Date
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 6 day of December, 2018, and ordered filed and made a part of the records in the above case.

_____
The Honorable JACQUELINE M. RATEAU
United States Magistrate Judge