AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

RECEIVED
2018 DEC 10 PM 1: 24
TUCSON
DISTRICT OF ARIZONA

United States of America
v.

Jamie Joel Rose
*Defendant*

)
)
)
)
)
)
)

Case No.  CR-18-01773-001-TUC-JAS (JR)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*  Jamie Joel Rose,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

18:3142: Violation of Pretrial Release

Date:  December 6, 2018

*Issuing officer's signature*

City and state:  Tucson, Arizona

S Guzman, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/10/18, and the person was arrested on *(date)* 03/15/19
at *(city and state)* Bisbee, AZ.

Date: 03/18/19

Subject arrested by USMS
and initialed on 03/19/19
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

CC: USM(2cc), AUSA, PTS

Copies Distributed